STATE OF NORTH CAROLINA v. CARL ELLIOTT AND MILTON EDGERTON

No. 7429SC603

(Filed 6 November 1974)

APPEAL by defendants from *Martin (Robert M.), Judge,* 18 March 1974 Session of Superior Court held in RUTHERFORD County. Heard in the Court of Appeals 14 October 1974.

Defendants were charged in separate bills of indictment with the felony of possession of marijuana with intent to distribute. Pleas of not guilty were entered, and verdicts of guilty as charged were returned. From active sentences of not less than twelve months nor more than eighteen months imposed thereon, each defendant gave notice of appeal.

*Attorney General Carson, by Assistant Attorney General Hamlin, for the State.*

*George R. Morrow, for the defendants.*

BROCK, Chief Judge.

Defendants present the record for review for possible errors. We have carefully reviewed the record. It is our opinion that defendants had a fair trial free from prejudial error.